UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   8:20-cv-01969-CJC-ADS                              Date   5/5/2021
Title      KENNETH DAVIDSON V. GALAXY OIL COMPANY ET AL

Present: The Honorable  CORMAC J. CARNEY, U.S. DISTRICT JUDGE

|   Cheryl Wynn   |   Not Reported   |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING ACTION ON MEDIATION REPORT**

   Having been advised by a Mediation Report [20] that the case has been settled in its entirety, the Court hereby orders this action dismissed without prejudice. The Court further orders all proceedings in the case vacated and taken off calendar.

   The Court retains jurisdiction for thirty (30) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.

                                                                    _ : _
                                         Initials of Deputy Clerk:  cw